SEPTEMBER 11, 1956

No. 60245.—Vandergrift Forwarding Co. and Lasso Tapes, Inc. v. United States, protests 188729–K and 236474–K.—

—C. D. 1793. Motion of Government for rehearing denied.

SEPTEMBER 11, 1956

No. 60246.—SUIT 4857.—Kobe Import Co. v. United States.—

—A. R. D. 60 reversed and remanded June 20, 1956. C. A. D. 620.